1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    BIN YU,                                    Case No. 14-cv-04101-MEJ

                    Plaintiff,

8

         v.                                     **ORDER TO SHOW CAUSE**

9

10   MICHAEL CARROLL,

                    Defendant.

11

12

13          On September 10, 2014, Defendant Michael Carroll removed this unlawful detainer action

14   from Contra Costa County Superior Court.  However, an unlawful detainer action does not arise

15   under federal law but is purely a creature of California law.  *Wells Fargo Bank v. Lapeen*, 2011

16   WL 2194117, at *3 (N.D. Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL

17   4916578, at *2 (C.D. Cal. Nov. 22, 2010).  Thus, it appears that jurisdiction is lacking and the case

18   should be remanded to state court.  Accordingly, the Court ORDERS Defendant to show cause

19   why this case should not be remanded to the Contra Costa County Superior Court.  Defendant

20   shall file a declaration by September 22, 2014, and the Court shall conduct a hearing on October 2,

21   2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco,

22   California.  In the declaration, Defendant must address how this Court has jurisdiction over

23   Plaintiff's unlawful detainer claim.

24          Defendant should be mindful that an anticipated federal defense or counterclaim is not

25   sufficient to confer jurisdiction.  *Franchise Tax Bd. of Cal. v. Constr. Laborers Vacation Trust*,

26   463 U.S. 1, 10 (1983); *Berg v. Leason*, 32 F.3d 422, 426 (9th Cir. 1994).  "A case may not be

27   removed to federal court on the basis of a federal defense, . . . even if the defense is anticipated in

28   the plaintiff's complaint, and even if both parties admit that the defense is the only question truly

United States District Court
Northern District of California

1    at issue in the case." *ARCO Envtl. Remediation, LLC v. Dep't of Health and Envtl. Quality of the*

2    *State of Montana*, 213 F.3d 1108, 1113 (9th Cir. 2000); *see also Valles v. Ivy Hill Corp.*, 410 F.3d

3    1071, 1075 (9th Cir. 2005) ("A federal law defense to a state-law claim does not confer

4    jurisdiction on a federal court, even if the defense is that of federal preemption and is anticipated

5    in the plaintiff's complaint."). Thus, any anticipated defense is not a valid ground for removal.

6        **IT IS SO ORDERED.**

7

8    Dated: September 11, 2014

9    _____

10       MARIA-ELENA JAMES
         United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIN YU,

               Plaintiff,

        v.

MICHAEL CARROLL,

               Defendant.

Case No.   14-cv-04101-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 9/11/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael  Carroll
172 Coral Bellway
Oakley, CA 94561

Dated: 9/11/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES